23-260/aga/trt

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-1352

LEBNIS ROCHEZ MENDOZA,

 Plaintiff,

vs.

CRAIG WILLIAM CARDWELL ,

 Defendant.
_____/

**NOTICE OF REMOVAL**

 Defendant, CRAIG CARDWELL (hereinafter "Mr. Cardwell"), by and through the undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(b)(3), hereby provides this Notice of Removal of the above captioned action from the Ninth Judicial Circuit Court for Osceola County to the United States District Court for the Middle District of Florida, and states as follows:

**INTRODUCTION**

 1. Plaintiff LEBNIS ROCHEZ MENDOZA (hereinafter "Plaintiff"), originally filed his Complaint for monetary relief related to damages resulting from an automobile collision with the State court on August 26, 2022, against Mr. Cardwell. *See Plaintiff's Complaint*. Plaintiff's Complaint generally alleges damages in excess of $30,000.00. *Id.* at ¶1. Plaintiff further claims that he "has incurred and will continue to

1

incur expenses relating to hospitalization, as well as medical and nursing care and treatment. The losses suffered by the Plaintiff are ongoing and permanent within a reasonable degree of medical probability." *See Plaintiff's Complaint,* at ¶ 9.

2. More specifically, Plaintiff's complaint clearly alleges that the parties are completely diverse; specifically alleging Plaintiff is a citizen of Florida and Defendant is a citizen of California. *See Plaintiff's Complaint*, at ¶¶2-3.

3. At all times material hereto, Defendant was and is a citizen of Los Angeles County, California. *See Affidavit of Cardwell.*

4. On May 2, 2023, Mr. Cardwell filed his Answer and Defenses to Plaintiff's Complaint.

5. On May 22, 2023, Mr. Cardwell served written discovery on Plaintiff.

6. On June 21, 2023, Plaintiff served his Answers to Defendant's Interrogatories. *See Plaintiff's Answers to Defendant's Interrogatories*.

7. In response to Interrogatory No. 12, Plaintiff provided a "preliminary list of medical expenses" totaling approximately $464,692.11 in alleged damages. *See Plaintiff's Answers to Interrogatories*, at ¶12. Plaintiff's claim for alleged damages is clearly in excess of $75,000.00.

8. As set forth in detail below, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs and is between citizens of different States. Defendant therefore provides Notice of Removal from the Ninth Judicial Circuit Court in and for Osceola County, State of Florida, to the United

States District Court, Middle District of Florida. Concurrent with the filing of this Notice of Removal with this Court, Defendant will provide Notice of Removal to the Plaintiff, through the attorney of record in the state court action as required by 28 U.S.C. § 1446(d), as well as notice to the Clerk of the State Court in and for the Ninth Judicial Circuit Court in and for Osceola County, State of Florida.

## FACTS SUPPORTING BASIS FOR REMOVAL

At the time of the filing of this action, and at all times material, Defendant is a citizen of Los Angeles County, California. *See Plaintiff's Complaint,* at ¶¶ 2-3; *See Affidavit of Cardwell.* Plaintiff alleged in the Complaint that "[t]his is an action for damages that exceed THIRTY THOUSAND DOLLARS AND NO/100 ($30,000.00)." *See Plaintiff's Complaint*, at ¶ 1. In Plaintiff's discovery responses, Plaintiff asserts entitlement to damages against Defendant in the amount of $464,692.11. *See Plaintiff's Answers to Interrogatories.* As Defendant was served with Plaintiff's discovery responses on June 21, 2023, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b) within 30 days.

## MEMORANDUM OF LAW

To invoke this Court's jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), the parties must be citizens from different States and the amount in controversy must exceed the sum or value of $75,000.00. "When the complaint does not claim a specific amount of damages, removal from state court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement."

*Smith v. GEICO Gen. Ins. Co.*, 2019 WL 9467927, at *4 (M.D. Fla. Jan. 11, 2019) (quoting *Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001)).

This notice of removal is timely. As 28 U.S.C. § 1446(c)(2) provides:

(2) If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy, except that—

    (A) the notice of removal may assert the amount in controversy if the initial pleading seeks—

        (i)   nonmonetary relief; or

        (ii)  a money judgment, but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded; and

    (B) **removal of the action is proper on the basis of an amount in controversy asserted under subparagraph (A) if the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a)**.

(Emphasis added)

Moreover, 28 U.S.C. §1446(c)(3)(a) further states:

If the case stated by the initial pleading is not removable solely because the amount in controversy does not exceed the amount specified in section 1332(a), information relating to the amount in controversy in the record of the State proceeding, **or in responses to discovery**, shall be treated as an "other paper" under subsection (b)(3).

(Emphasis added).

Pursuant to 28 U.S.C. § 1332, this Court now has original jurisdiction over this action, as Plaintiff's complaint alleges diversity in citizenship, Defendant citizen of Los Angeles County, and Plaintiff's written discovery responses demonstrate that

4

Plaintiff is alleging damages in excess of $75,000. *See Plaintiff's Complaint; Affidavit of Cardwell; Plaintiff's Answers to Interrogatories.* Pursuant to 28 U.S.C. § 1332 and §1446(c)(2), Mr. Cardwell may remove this action to this Court.

In accordance with 28 U.S.C. § 1446(a), attached hereto are copies of all documents filed with the Circuit Court in and for Osceola County, Florida for Case No. 2022 CA 002232. *See Composite Exhibit of State Court Documents.* Concurrent with the filing of this Notice of Removal with this Court, Mr. Cardwell will provide Notice of Removal to the Plaintiff, through the attorney of record in the state Circuit Court action, as required by 28 U.S.C. § 1446(a), as well as notice to the Clerk of Court in and for the Ninth Judicial Circuit Court in and for Osceola County, State of Florida. This Notice is timely, being filed within thirty (30) days of service of Plaintiff's Responses to Defendant's Interrogatories upon Mr. Cardwell on June 21, 2023.

Accordingly, pursuant to 28 U.S.C. § 1441, and based on the evidence presented hereto, Defendant timely removes this action to this Court as it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

WHEREFORE, Defendant, CRAIG CARDWELL, respectfully requests that this Honorable Court, pursuant to 28 U.S.C. § 1446, grant an Order in favor of Mr. Cardwell removing this action to the United States District Court for the Middle District of Florida.

Respectfully submitted,

ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL  33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Service_AGA@rrbpa.com
Email: lreynolds@rrbpa.com
aamigo@rrbpa.com
Attorneys for Defendant

*/s/ Lyman H. Reynolds, Jr.*
LYMAN H. REYNOLDS, JR.
Florida Bar No: 380687
ANDREA G. AMIGO, ESQ.
Florida Bar No.: 11026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by CM/ECF to all parties on the attached Counsel List this <u>19th</u> day of <u>July</u>, 2023.

       **ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
       470 Columbia Drive, Bldg. C101
       West Palm Beach, FL  33409
       Phone: 561-688-6560/Fax: 561-688-2343
       E-Service: service_LHR@rrbpa.com
       Service_AGA@rrbpa.com
       Email: lreynolds@rrbpa.com
       aamigo@rrbpa.com
       Attorneys for Defendant

       */s/ Lyman H. Reynolds, Jr.*
       LYMAN H. REYNOLDS, JR.
       Florida Bar No: 380687
       ANDREA G. AMIGO, ESQ.
       Florida Bar No.: 11026

STYLE: MENDOZA v CARDWELL
CASE NO.: 6:23-cv-1352
OUR FILE NO.: 23-260

# COUNSEL LIST

JUSTIN MCLEOD BLEAKLEY, ESQ.
Martinez and Manglardi
903 N Main St
Kissimmee, FL 34744-4567
Counsel for Plaintiff
PHONE: 407-846-2240
FAX: 386-401-5450
E-SERVICE jbleakley@martinezmanglardi.com
EMAIL: jbleakley@martinezmanglardi.com
FBN: 60280

LYMAN H. REYNOLDS, JR., ESQ.
ANDREA G. AMGIO, ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL  33409
Counsel for Defendant
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
          bsmith@rrbpa.com
FBN: 380687/11026